PER CURIAM.
Affirmed. O’Connell v. State, 480 So.2d 1284, 1286 (Fla.1985); Ferguson v. State, 417 So.2d 639, 641 (Fla.1982); Breedlove v. State, 413 So.2d 1, 8 (Fla.), cert. denied, 459 U.S. 882, 103 S.Ct. 184, 74 L.Ed.2d 149 (1982); State v. Jones, 204 So.2d 515, 519 (Fla.1967); Davis v. State, 590 So.2d 496, 497 (Fla. 3d DCA 1991); State v. Lewis, 543 So.2d 760, 768 (Fla. 2d DCA), rev. denied, 549 So.2d 1014 (Fla.1989); Redish v. State, 525 So.2d 928, 929-30 (Fla. 1st DCA 1988).